UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In the Matter of the Search of )
)
36 Laurelwood Drive, North Attleboro, ) M.J./Court No. 10 166 LTS
Massachusetts )
)

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related paperwork until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Scott L. Garland
Scott L. Garland
Assistant U.S. Attorney

*[Handwritten margin notes: USM 12/10/10 / Full / Allowed]*