UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ No. 10-166-LTS |
| | ) | |
| MATTHEW J. KUC, | ) | |
| Defendant | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO UNSEAL SEARCH WARRANT AND RELATED MATERIALS**

The United States of America respectfully moves this Court to unseal the search warrant application, supporting affidavit, search warrant, and search warrant return previously filed under seal in connection with this case. In support of this motion, the government states the following:

1. The search warrant and related materials were filed in Magistrate Judge No. 10-166-LTS.

2. Thereafter, the defendant was charged by indictment and superseding indictment in this case and filed a motion to suppress the fruits of the search.

3. Although the defendant's challenge to the fruits of the search on particularity grounds was litigated in open court, and the Court's public order denying the suppression motion refers to the contents of the search warrant affidavit, the documents do not appear to have been publicly filed during the litigation and the documents remain under seal in Magistrate Judge No. 10-166-LTS.

4. The defendant was found guilty after a trial by jury, and has appealed the Court's denial of his suppression motion. He is now ready to file his opening brief and accompanying appendix. The search warrant and related materials should be

included in the public appendix, but they are still technically under seal.

5. On Friday, May 24, 2013, Assistant U.S. Attorney Dina Michael Chaitowitz, who supervises criminal appeals for the United States Attorney's Office for the District of Massachusetts, had electronic correspondence with the defendant's appellate attorney, Dana Curhan, Esq., and he assents to the unsealing of the search warrant and related materials, and to their placement on the public docket without any redaction.

For these reasons, the government respectfully moves this Court to unseal the search warrant application, supporting affidavit, search warrant, and search warrant return previously filed under seal in connection with this case.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: [signature]
SCOTT L. GARLAND
Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this I will serve an electronic version of this document upon defense counsel via e-mail.

By: [signature]
SCOTT L. GARLAND
Assistant U.S. Attorney

[illegible]